UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JAN 19 2022
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff

v.                                 Case No. 22-30029
                                  Originating No.20-110

**MARK CHEATUM,**

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MARK CHEATUM,** to answer to charges pending in another federal district, and states:

1. On **January 19, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Michigan based on an Indictment**. Defendant is charged in that district with violation of **21 USC Sections 846 and 841(a)(1) and 18 USC Sections 922(g) and 924(c) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Distribution and Possession with Intent to Distribute Methamphetamine, Possession of Firearms in Furtherance of a Drug Trafficking Crime and Felon in Possession of a Firearm.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


s/David Portelli
DAVID PORTELLI
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 19, 2022

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Cheatum<br>*Defendant* | )<br>)<br>) Case No. 1:20-cr-110<br>) Hon. Janet T. Neff<br>) United States District Judge<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                     Mark Cheatum                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine, Cocaine; 18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of Drug Trafficking; 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

Date: 07/29/2020                              Deputy Clerk   *[signature]*

City and state:   Grand Rapids, Michigan           Phillip J. Green, United States Magistrate Judge
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                  _____
                                                  *Arresting officer's signature*

                                                  _____
                                                  *Printed name and title*